UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 12, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO MARTINEZ,<br><br>Defendant. | Case No. 2:24-mj-00024-CKD-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>EDUARDO MARTINEZ</u> Case No. <u>2:24-mj-00024-CKD-2</u> Charges <u>19 USC § 1951(a)</u> from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

**x**   Unsecured Appearance Bond $ <u>$50,000.00 cosigned by defendant's cousin, Julio Hernandez.</u>

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

(Other): <u>Released forthwith today where defendant must report directly to the Pretrial Services office on 3/13/2024 at 9:00 AM, in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814</u>

Issued at Sacramento, California on March 12, 2024 at 3:00 PM

Dated:   March 12, 2024

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE