ERIC GRANT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUARDO MARTINEZ,<br>Defendant. | CASE NO. 2:24-CR-00065-DAD<br><br>SECOND AMENDED STIPULATION TO SET CHANGE OF PLEA HEARING |

The parties have reached a plea agreement in this matter. As to this defendant, the parties stipulate and ask this Court to vacate the trial confirmation hearing, set for September 14, 2026, and the trial date, currently set for September 29, 2026. The parties also ask this Court to schedule a change of plea hearing for October 5, 2026, at 9:30 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 29, 2026, to October 5, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: August 31, 2026

ERIC GRANT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: August 31, 2026

/s/ VIVIAN MEJIA
VIVIAN MEJIA
Counsel for Defendant
EDUARDO MARTINEZ
(Authorized by email on August 31, 2026)

**ORDER**

IT IS SO ORDERED.

Dated: **September 2, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE